# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

MAR 31 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

534 Wyoming St., Charleston, WV

)
)
)
)
)
)

Case No. 2:10-mj-00041

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

534 Wyoming St., Charleston, WV, a two-story dwelling with white siding, located on the north side of Wyoming St., one house east of the intersection of Wyoming St. and Beuhring Ave.

located in the _____Southern_____ District of _____West Virginia_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Secs. 2113(a) & (d), 2, 1071 | Armed bank robbery; aiding and abetting armed bank robbery; concealing person from arrest |

The application is based on these facts:
See attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Joseph I. Ciccarelli, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 19, 2010

*Judge's signature*

City and state: Charleston, WV

U.S. Magistrate Judge Mary E. Stanley
*Printed name and title*

ATTACHMENT A

1. United States currency.

2. Currency wrappers, bank bands, and similar items typically used by banks in connection with currency.

3. Receipts for large cash purchases made on or after December 8, 2009.

4. Documents (including, but not limited to, bills, receipts, identifying papers, and photographs), clothing, personal items, biological material, and items containing or bearing biological material evidencing Brian Corbett's stay at the premises to be searched.

5. A nylon or cloth bag consistent with the bag used in the robbery of the Boone County Bank's Logan branch.

6. Documents and other items relating to the rental of a vehicle from Auto Rent Car & Van Rentals.

# A F F I D A V I T

STATE OF WEST VIRGINIA

County of Kanawha, to wit:

I, Joseph I. Ciccarelli, being duly sworn, do hereby depose and state as follows:

## Background

1. I am a Special Agent of the Federal Bureau of Investigation (hereinafter the "FBI") currently assigned to the Huntington Field Office. I have been a Special Agent of the FBI for approximately 25 years and am a Federal law enforcement officer within the meaning of Fed. R. Crim. P. 41(a)(2)(C). My duties as a Special Agent include the investigation of a wide range of federal criminal offenses.

2. I am the lead FBI Special Agent in the investigation of an armed robbery of the Logan, West Virginia, branch of the Boone County Bank (the "Bank"), an FDIC insured bank, in violation of 18 U.S.C. § 2113(a) and (d). This affidavit is made in support of a search warrant for 534 Wyoming Street, Charleston, West Virginia, a location within the Southern District of West Virginia, for evidence of the crimes of armed bank robbery, aiding and abetting armed bank robbery, and concealing a person from arrest; contraband, the fruits of such crimes, and other items illegally possessed; and property used in committing those crimes.

3. The statements contained in this affidavit are based on facts I learned in this investigation and information provided to

me directly by other individuals. I have not included every fact known to law enforcement concerning this investigation, but have included sufficient facts as I believe necessary to establish probable cause to believe that a search warrant should be issued for the evidence described above.

### The Investigation

4. On or about December 8, 2009, the Bank was robbed by a man brandishing two firearms. Approximately $33,000 was stolen. The robber was a black male approximately 5' 5" tall, wearing a black hooded sweatshirt, a white do-rag, a mask, black pants, and white sneakers. The robber forced the tellers to place the stolen money into a bag.

5. On or about January 12, 2010, a federal grand jury indicted Brian Lee Corbett in connection with the robbery, charging, among other things, armed bank robbery in violation of 18 U.S.C. § 2113(a) and (d).

6. Corbett's girlfriend, Odessa Dingess, has advised police that just before the robbery Corbett directed her to drop him off near the Bank, and that at that time he was wearing the clothes and mask, and carrying the bag, identified by the eyewitnesses to the robbery.

7. After the robbery, in an abandoned house near the location where the getaway car used in the robbery was abandoned, police discovered clothing and a mask matching those worn by the bank robber. Also at that location, police discovered a Smith & Wesson

.357 magnum revolver matching one of the guns used in the robbery, as well as several thousand dollars in cash.

8. The aforesaid mask was found to contain samples of human DNA suitable for comparison purposes. The West Virginia State Police Crime Laboratory searched for matches to that DNA in the West Virginia State Police State DNA Index System and determined that the DNA from the mask matches the DNA of Brian Corbett.

9. Dingess has further advised police that on or around the day after the bank robbery, Corbett contacted her by telephone and told her to come to the house of his cousin, David "Boochie" Sherod, in Charleston. Odessa Dingess went to that house, where she encountered Corbett. Corbett had with him the bag that Odessa Dingess had observed him carrying just before the bank robbery. Corbett took from the bag a bundle of currency wrapped in a currency wrapper. Corbett handed Odessa Dingess some of the currency and directed her to go to a store and buy him some clothes. Odessa Dingess did so. Odessa Dingess brought the clothing back to Corbett at Sherod's house and left it there, along with the shopping bags in which the clothing had been placed and the receipts for the clothing. Odessa Dingess understood from Corbett that he was staying at Sherod's house while a fugitive.

10. On or around December 11, 2009, while a fugitive, Corbett rented a red Chevrolet Cobalt from Auto Rent Car & Van Rentals in Charleston, West Virginia. Corbett paid approximately $613.35 cash for the rental (including a $200 deposit). On or around December

3

13, 2009, after being arrested, Corbett placed a recorded call from jail in which he asked an acquaintance to have his cousin return the rental car. On or around January 25, 2010, a witness observed David Sherod driving a red compact car in or around Logan, West Virginia. As of today's date, the rental car still has not been returned.

11. Sherod resides at 534 Wyoming Street, Charleston, West Virginia, a two-story dwelling with white siding, located on the north side of Wyoming Street, one house east of the intersection of Wyoming Street and Beuhring Avenue.

12. Based upon the foregoing, there is probable cause to believe that concealed within the house at 534 Wyoming Street, Charleston, West Virginia, there exists evidence of crimes, fruits of crimes, and property used in committing crimes as further detailed in Attachment A to the foregoing Application for a Search Warrant.

AND FURTHER AFFIANT SAITH NAUGHT.

_____
JOSEPH I. CICCARELLI, SPECIAL AGENT
Federal Bureau of Investigation

Taken, subscribed and sworn to before me this /9th day of March 2010.

_____
HON. MARY E. STANLEY
United States Magistrate Judge

4